United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MOISES ORDONEZ-SALES | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-cv-1510 |
| | § | |
| PAMELA BONDI[1] | § | |

**ORDER**

Petitioner requests to dismiss this case (Dkt. No. 9). "Rule 41(a)(2) of the Federal Rules of Civil Procedure provides, in relevant part, that after a [respondent] files an answer or a motion for summary judgment 'an action may be dismissed at the [petitioner's] request only by court order, on terms that the court considers proper.'" *Harris v. Devon Energy Prod. Co., L.P.*, 500 F. App'x 267, 268 (5th Cir. 2012); *see also* Fed. R. Civ. P. 81(a)(4). "Voluntary dismissals 'should be freely granted,' but a [petitioner's] request will not be allowed if 'the non-moving party will suffer some plain legal prejudice.'" *Harris*, 500 F. App'x at 268 (quoting *Elbaor v. Tripath Imaging, Inc.*, 279 F.3d 314, 317 (5th Cir. 2002)). Prejudice must be something beyond "the mere prospect of a second lawsuit. It is not a bar to dismissal that [petitioner] may obtain some tactical advantage thereby." *Collins v. Ferrell Gas, Inc.*, No. 95-433, 1995 WL 572041, at *1 (E.D. La. Sept. 26, 1995) (quoting *Manshack v. Sw. Elec. Power Co.*, 915 F.2d 172, 174 (5th Cir. 1990)).

Here, Respondents did not oppose Petitioner's motion. L.R. 7.3 (affording the opposing party twenty-one days to respond to a motion). The Court will not manufacture prejudice on their behalf. Finding Rule 41(a)(2) warrants dismissal, the Court **GRANTS**

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for Respondent Pamela Bondi in this case. David Venturella is substituted for Respondent Todd Lyons under this same rule. The Clerk of Court is **DIRECTED** to substitute these parties on the docket sheet.

Petitioner's motion (Dkt. No. 9). *See Harris*, 500 F. App'x at 268 (quoting *Elbaor*, 279 F.3d at 317) (dismissal should be "freely granted").

Petitioner's Petition for Writ of Habeas Corpus (Dkt. No. 1) is **DISMISSED WITHOUT PREJUDICE**. Any and all pending motions (Dkt. Nos. 2, 8) are **DENIED AS MOOT**.

The Clerk of Court is **DIRECTED** to **TERMINATE** this Civil Action.

It is so **ORDERED**.

**SIGNED** November 23, 2026.

Marina Garcia Marmolejo
United States District Judge